# CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the Summons for Civil Action No. 17 CV 64400 was served this day to the below:

Federal Bureau of Prisons, Metropolitan Correctional Center Chicago
71 W. Van Buren
Chicago, IL 60605

United States Attorney's Office
Northern District of Illinois, Su. 500
219 S. Dearborn St.
Chicago, IL 60604

Jeff Sessions
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

FILED
SEP 25 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

_____
Mark S. Weiner

PLAINTIFF
3000 W. Sherwin Ave.
Chicago, IL 60645
myh.weiner@gmail.com
mweiner@bop.gov

September 5, 2017
Date

**17cv6400**

1

MARK S. WEINER
3000 W. SHERWIN AVE.
CHICAGO, IL 60645



CAROL STREAM IL 601

21 SEP 2017 PM 1 L

*Intake D*

CLERK'S OFFICE
U.S. DISTRICT COURT
NORTHERN DISTRICT OF IL
219 S. DEARBORN ST., 20TH FLOOR
CHICAGO, IL 60604

60604-189420