UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK S. WEINER, | ) |
|         Plaintiff, | ) |
| v. | ) No. 17 C 6400 |
| U.S. DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF PRISONS, METROPOLITAN CORRECTIONAL CENTER, | ) Judge Norgle |
|         Defendant. | ) |

**DEFENDANT'S MOTION TO EXTEND DEADLINE TO FILE ANSWER**

Defendant United States Department of Justice, by its attorney, Joel R. Levin, Acting United States Attorney for the Northern District of Illinois, moves to extend the time to answer or otherwise plead by 30 days and states as follows:

1. Plaintiff Mark Weiner, an employee of the Bureau of Prisons, filed his employment discrimination complaint on September 5, 2017, and served the United States Attorney the same day, so the Attorney General's answer is due on November 4, 2017. Dkt. 4; Fed. R. Civ. P. 12(a)(2).

2. Despite diligent effort, the United States has not yet completed its review and assembly of the record associated with the claims in this suit. Its ability to accurately answer the allegations of the complaint is contingent on the completion of that effort.

3. For these reasons, the Department of Justice requests that its deadline to answer or otherwise plead be extended by 30 days.

4. The undersigned contacted *pro se* plaintiff Weiner and left a voice message requesting a return phone call to indicate whether or not Weiner objected to this motion. The undersigned has not received a return phone call yet.

WHEREFORE, defendant requests that the court extend the deadline to file an answer to the complaint to December 3, 2017.

                                      Respectfully submitted,

                                      JOEL R. LEVIN
                                      Acting United States Attorney

                                      By: s/ Scott D. Heffron
                                          SCOTT D. HEFFRON
                                          Assistant United States Attorney
                                          219 South Dearborn Street
                                          Chicago, Illinois 60604
                                          (312) 886-4190
                                          scott.heffron@usdoj.gov